MILTON PSATY et al., Copartners Doing Business as GREATER NEW YORK WATERPROOFING COMPANY, Appellants, *v.* PERRY B. DURYEA, as Commissioner of Conservation of the State of New York, et al., Respondents.

Submitted October 5, 1953; decided October 22, 1953.

*Nathaniel L. Goldstein, Attorney-General (John F. Hmiel* of counsel), for motion.

No one opposed.

Motion withdrawn.

VALERIE RUBINSTEIN, as Executrix of ANDRE RUBINSTEIN, Deceased, Appellant, *v.* SERGE RUBINSTEIN et al., Respondents, et al., Defendants.

Submitted October 13, 1953; decided October 22, 1953.

Motion to amend remittitur denied, with $10 costs. [See 305 N. Y. 746.]